| **Fill in this information to identify the case:** |
|---|
| United States Bankruptcy Court for the: |
| DISTRICT OF DELAWARE |
| Case number *(if known)* _____   Chapter   **11** |

☐ Check if this is an amended filing

## Official Form 201
## Voluntary Petition for Non-Individuals Filing for Bankruptcy      04/25

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

**1. Debtor's name**  
**J.B. Lease Corporation**

**2. All other names debtor used in the last 8 years**  
Include any assumed names, trade names and *doing business as* names

**3. Debtor's federal Employer Identification Number** (EIN)  
**39-1922869**

**4. Debtor's address**

**Principal place of business**  
**6925 South 6th Street**  
**Oak Creek, WI 53154**  
Number, Street, City, State & ZIP Code

**Milwaukee**  
County

**Mailing address, if different from principal place of business**  
P.O. Box, Number, Street, City, State & ZIP Code

**Location of principal assets, if different from principal place of business**  
Number, Street, City, State & ZIP Code

**5. Debtor's website** (URL)  

**6. Type of debtor**  
■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))  
☐ Partnership (excluding LLP)  
☐ Other. Specify: _____

Debtor  **J.B. Lease Corporation**　　　　　　　　　　　　　　　　　　Case number (*if known*)　　　　　　
　　　　　Name

| 7. | Describe debtor's business | A. *Check one:* |
|---|---|---|

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
☐ Railroad (as defined in 11 U.S.C. § 101(44))
☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)
☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)
☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.
　　5321

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☐ Chapter 7
☐ Chapter 9
■ Chapter 11. *Check **all** that apply*:

　　☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,424,000 (amount subject to adjustment on 4/01/28 and every 3 years after that).
　　☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
　　☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.
　　☐ A plan is being filed with this petition.
　　☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).
　　☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.
　　☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

■ No.
☐ Yes.

District _____  When _____  Case number _____
District _____  When _____  Case number _____

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

☐ No
■ Yes.

Official Form 201　　　　**Voluntary Petition for Non-Individuals Filing for Bankruptcy**　　　　page 2

Debtor **J.B. Lease Corporation**     Case number (*if known*) _____
      Name

List all cases. If more than 1, attach a separate list    Debtor **See Attachment**    Relationship _____
       District _____ When _____ Case number, if known _____

| | | |
|---|---|---|
| **11.** | **Why is the case filed in *this district*?** | *Check all that apply:*<br>☐ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.<br>■ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district. |
| **12.** | **Does the debtor own or have possession of any real property or personal property that needs immediate attention?** | ■ No<br>☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.<br>**Why does the property need immediate attention?** (*Check all that apply.*)<br>☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.<br>   What is the hazard? _____<br>☐ It needs to be physically secured or protected from the weather.<br>☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).<br>☐ Other _____<br>**Where is the property?** _____<br>   Number, Street, City, State & ZIP Code<br>**Is the property insured?**<br>☐ No<br>☐ Yes. Insurance agency _____<br>      Contact name _____<br>      Phone _____ |

     **Statistical and administrative information**

| | | |
|---|---|---|
| **13.** | **Debtor's estimation of available funds** | *Check one:*<br>■ Funds will be available for distribution to unsecured creditors.<br>☐ After any administrative expenses are paid, no funds will be available to unsecured creditors. |
| **14.** | **Estimated number of creditors** | ■ 1-49     ☐ 1,000-5,000     ☐ 25,001-50,000<br>☐ 50-99     ☐ 5001-10,000     ☐ 50,001-100,000<br>☐ 100-199     ☐ 10,001-25,000     ☐ More than 100,000<br>☐ 200-999 |
| **15.** | **Estimated Assets** | ☐ $0 - $50,000     ■ $1,000,001 - $10 million     ☐ $500,000,001 - $1 billion<br>☐ $50,001 - $100,000     ☐ $10,000,001 - $50 million     ☐ $1,000,000,001 - $10 billion<br>☐ $100,001 - $500,000     ☐ $50,000,001 - $100 million     ☐ $10,000,000,001 - $50 billion<br>☐ $500,001 - $1 million     ☐ $100,000,001 - $500 million     ☐ More than $50 billion |
| **16.** | **Estimated liabilities** | ☐ $0 - $50,000     ☐ $1,000,001 - $10 million     ☐ $500,000,001 - $1 billion<br>☐ $50,001 - $100,000     ■ $10,000,001 - $50 million     ☐ $1,000,000,001 - $10 billion<br>☐ $100,001 - $500,000     ☐ $50,000,001 - $100 million     ☐ $10,000,000,001 - $50 billion<br>☐ $500,001 - $1 million     ☐ $100,000,001 - $500 million     ☐ More than $50 billion |

Debtor **J.B. Lease Corporation**　　　　　　　　　　　　　　　Case number (*if known*)
　　　　　Name

| | **Request for Relief, Declaration, and Signatures** |

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **August 14, 2025**
　　　　　　　MM / DD / YYYY

**X /s/ Mark E. Palmer**　　　　　　　　　　　　**Mark E. Palmer**
Signature of authorized representative of debtor　　Printed name

Title **Chief Restructuring Officer**

**18. Signature of attorney**

**X /s/ Natasha M. Songonuga**　　　　　　　　Date **August 14, 2025**
Signature of attorney for debtor　　　　　　　　　　MM / DD / YYYY

**Natasha M. Songonuga**
Printed name

**Archer & Greiner, P.C.**
Firm name

**300 Delaware Avenue**
**Suite 1100**
**Wilmington, DE 19801**
Number, Street, City, State & ZIP Code

Contact phone **302-777-4350**　　Email address **nsongonuga@archerlaw.com**

**5391 DE**
Bar number and State

Debtor  **J.B. Lease Corporation**
         Name

Case number (*if known*)

**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

DISTRICT OF DELAWARE

Case number (*if known*) _____  Chapter  **11**

☐ Check if this is an amended filing

# FORM 201. VOLUNTARY PETITION

## Pending Bankruptcy Cases Attachment

| | | | | | |
|---|---|---|---|---|---|
| Debtor | **Titan CNG, LLC** | | Relationship to you | | **Affiliate** |
| District | **District of Delaware** | When | Case number, if known | | **25-** |
| Debtor | **Titan Transportation Equipment Leasing, LLC** | | Relationship to you | | **Parent Company** |
| District | **District of Delaware** | When | Case number, if known | | **25-** |

Official Form 201        **Voluntary Petition for Non-Individuals Filing for Bankruptcy**        page 5

# UNANIMOUS WRITTEN CONSENT OF
## J.B. LEASE CORPORATION IN LIEU OF MEETING OF BOARD AND CONSENT OF SOLE SHAREHOLDER

The undersigned, being the members of the Board of Directors (the "**Governing Body**"), and the sole shareholder, of J.B. Lease Corporation, a corporation duly formed and existing under the laws of the state of Wisconsin (the "**Company**"), hereby takes the following actions and adopt the following resolutions, pursuant to, as applicable, the bylaws, or similar document (in each case, as amended and restated to date) of the Company and the laws of the state of Wisconsin:

**WHEREAS**, the Governing Body has reviewed the materials presented by the management and the legal advisors of the Company regarding the Company's liabilities and liquidity situation, and the impact of the foregoing on the Company's business, and the strategic alternatives available to the Company; and

**WHEREAS**, the Governing Body has had the opportunity to consult with the management, financial advisors and the legal advisors of the Company and fully consider each of the strategic alternatives available to the Company; and

**WHEREAS**, the Governing Body believes that taking the actions set forth below are in the best interests of the Company and, therefore, desires to adopt, authorize, and approve the following resolutions.

**NOW, THEREFORE, BE IT RESOLVED**, that that in the judgment of the Governing Body, it is desirable and in the best interests of the Company, its creditors and other parties in interest, that the Company file or cause to be filed a voluntary petition for relief (the "**Chapter 11 Case**") under the provisions of chapter 11 of title 11 of the United States Code (the "**Bankruptcy Code**") with the United States Bankruptcy Court for the District of Delaware (the "**Bankruptcy Court**"); and be it

**FURTHER RESOLVED**, that Mark E. Palmer of Theseus Strategy Group (the "**Authorized Person**"), is hereby appointed as chief restructuring officer of the Company, and shall be authorized to direct day-to-day management of restructuring, sale, liquidation and reorganization or wind-down related efforts, and perform any and all acts, including execution of any and all documents and certificates on behalf of the Company to carry out the purposes and intent of the foregoing resolutions; and be it

**FURTHER RESOLVED**, that the Authorized Person is hereby empowered, and directed, with full power of delegation, to negotiate, execute, deliver, and file with the Bankruptcy Court, in the name and on behalf of the Company, and under its corporate seal or otherwise, all plans, petitions, schedules, statements, motions, lists, applications, pleadings, papers, affidavits, declarations, orders, notices and other documents (collectively, the "**Chapter 11 Filings**") (with such changes therein and additions thereto as the Authorized Person may deem necessary, appropriate, or advisable, the execution and delivery of any Chapter 11 Filing by the Authorized

Person with any changes thereto to be conclusive evidence that the Authorized Person deemed such changes to meet such standard); and be it

**FURTHER RESOLVED**, that the Authorized Person be, and hereby is, authorized, empowered, and directed, with full power of delegation, in the name and on behalf of the Company to take and perform any and all further acts and deeds that the Authorized Person deems necessary, appropriate, or desirable in connection with the Company's Chapter 11 Case or the Chapter 11 Filings, including (i) the payment of fees, expenses, and taxes the Authorized Person deems necessary, appropriate, or desirable, and (ii) negotiating, executing, delivering, performing, and filing any and all additional documents, schedules, statements, lists, papers, agreements, certificates, or instruments (or any amendments or modifications thereto) in connection with, or in furtherance of, the Chapter 11 Cases with a view to the successful prosecution of the Chapter 11 Cases (such acts to be conclusive evidence that the Authorized Person deemed the same to meet such standard); and be it

**FURTHER RESOLVED**, that in connection with the Company's Chapter 11 Case, the Governing Body has determined that it is in the best interests of the Company to enter into a Intercompany Support Agreement (the "**Support Agreement**") on the terms and conditions substantially similar to those set forth in the form of Support Agreement previously provided to such Governing Body; and be it

**FURTHER RESOLVED**, that the form, terms, and provisions of the Support Agreement and all the exhibits annexed thereto, and the execution, delivery, and performance thereof and the consummation of the transactions contemplated thereunder by the Company are hereby authorized, approved, and declared advisable and in the best interests of the Company, with such changes therein and additions thereto as the Authorized Person deems necessary or appropriate, it being acknowledged that the execution of the Support Agreement and such other documents, agreements, instruments, and certificates as may be required or contemplated by the Support Agreement shall be conclusive evidence of the approval thereof; and be it

**FURTHER RESOLVED**, that the Authorized Person be, and hereby is, authorized, empowered, and directed, in the name of and on behalf of the Company, to cause the Company to enter into, execute, deliver, certify, file, or record, and perform the obligations arising under the Support Agreement, substantially in the forms previously presented to the Governing Body, together with such other documents, agreements, instruments, and certificates as may be required by the applicable document and to execute and deliver any amendments, supplements, modifications, renewals, replacements, consolidations, substitutions, and extensions of the Support Agreement,  and be it

**FURTHER RESOLVED**, that the law firm of Archer & Greiner, P.C. is hereby retained, subject to Bankruptcy Court approval, as general bankruptcy counsel to represent and assist the Company in carrying out its duties under the Bankruptcy Code, and to take any and all actions to advance the Company's rights and obligations, including filing any pleadings; and in connection therewith, the Authorized Person is hereby authorized and directed to execute appropriate retention agreements, pay appropriate retainers prior to and immediately upon filing of the Chapter 11 Case

2

and cause to be filed an appropriate application for authority to retain the services of Archer & Greiner, P.C., and be it

**FURTHER RESOLVED**, that the firm Theseus Strategy Group is hereby retained as restructuring advisor for the Company in the Chapter 11 Case, subject to Bankruptcy Court approval; and be it

**FURTHER RESOLVED**, that the Authorized Person is, authorized, empowered, and directed, with full power of delegation, in the name and on behalf of the Company to employ other professionals, including a claims and noticing agent and take and perform any and all further acts and deeds, including, without limitation, (i) the payment of any consideration, (ii) the payment of fees, expenses, and taxes the Authorized Person deems necessary, appropriate, or desirable, and (iii) negotiating, executing, delivering, performing, and filing any and all documents, motions, pleadings, applications, declarations, affidavits, schedules, statements, lists, papers, agreements, certificates or instruments (or any amendments or modifications thereto) in connection with the engagement of professionals contemplated by the foregoing resolutions (such acts to be conclusive evidence that the Authorized Person deemed the same to meet such standard); and be it

**FURTHER RESOLVED**, that the Authorized Person be, and each hereby is, authorized, empowered, and directed, with full power of delegation, in the name and on behalf of the Company, to take and perform any and all further acts or deeds, including, but not limited to, (i) the negotiation of such additional agreements, amendments, modifications, supplements, reports, documents, instruments, applications, notes, or certificates that may be required, (ii) the execution, delivery, performance under and filing (if applicable) of any of the foregoing, and (iii) the payment of all fees, consent payments, taxes, and other expenses as any the Authorized Person, in their sole discretion, may approve or deem necessary, appropriate, or desirable in order to carry out the intent and accomplish the purposes of the foregoing resolutions and the transactions contemplated thereby, all of such actions, executions, deliveries, filings, and payments to be conclusive evidence of such approval or that the Authorized Person deemed the same to meet such standard; and be it

**FURTHER RESOLVED**, that any and all past actions heretofore taken by the Authorized Person in the name and on behalf of the Company in furtherance of any or all of the preceding resolutions be, and the same hereby are, ratified, confirmed, and approved in all respects as the acts and deeds of the Company as applicable; and be it

**FURTHER RESOLVED**, that this written consent may be executed in multiple counterparts (including by facsimile, electronic transmission (including ".pdf" or ".tiff") or otherwise), each of which shall be considered an original and all of which shall constitute one and the same instrument.

[*Signature Page to Follow*]

**IN WITNESS WHEREOF**, the undersigned constituting the entire Governing Body of J.B. Lease Corporation, has executed this Written Consent on the 13th day of August, 2025.

**BOARD MEMBERS:**

*Signed by: Michael Bayles*
_____
Name:  Michael Bayles

*Signed by: Ryan Jones*
_____
Name:  Ryan Jones

                **TITAN TRANSPORTATION EQUIPMENT LEASING, LLC,**
**as its sole shareholder**

by: _____
      Michael Bayles
      Chief Executive Officer
      EVO Transportation & Energy Services, Inc., as its sole member

4

**Fill in this information to identify the case:**

Debtor name   **J.B. Lease Corporation**

United States Bankruptcy Court for the:   DISTRICT OF DELAWARE

Case number (if known) _____

☐ Check if this is an amended filing

Official Form 202
# Declaration Under Penalty of Perjury for Non-Individual Debtors   12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

**Declaration and signature**

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐  *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
☐  *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
☐  *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
☐  *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
☐  *Schedule H: Codebtors* (Official Form 206H)
☐  *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
☐  Amended *Schedule*
■  *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
■  Other document that requires a declaration   **List of Equity Security Holders and Consolidated Corporate Ownership Statement**

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **August 14, 2025**       X **/s/ Mark E. Palmer**
                                         Signature of individual signing on behalf of debtor

                                         **Mark E. Palmer**
                                         Printed name

                                         **Chief Restructuring Officer**
                                         Position or relationship to debtor

Official Form 202           **Declaration Under Penalty of Perjury for Non-Individual Debtors**

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | Titan CNG, LLC, *et al.*,[1] |
| United States Bankruptcy Court for the: | DISTRICT OF DELAWARE |
| Case number (if known): | |

☐ Check if this is an amended filing

# Official Form 204
## Chapter 11 or Chapter 9 Cases: Consolidated List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim — Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
|---|---|---|---|---|---|---|
| ALERUS Financial 16215 N. 28th Ave. Phoenix, AZ 85053 | | Lease Financing Agreement | Disputed | | | $149,475.00 |
| Bank of Oklahoma 6500 W. Freeway, Ste. 900 Fort Worth, TX 76116 | | Lease Financing Agreement | Disputed | | | $149,475.00 |
| Billy (Trey) Peck Jr. c/o Bridgewest Growth Fund LLC 7563 E. Cinnabar Ln. Strafford, MO 65757 | | Loan | Disputed | | | $149,233.00 |
| CFP Capital 12198 South State St, Suite 4 Draper, UT 84020 | | Lease Financial Agreement | Disputed | | | $288,000.00 |
| Daimler Truck Financial P.O. Box 5260 Carol Stream, IL 60197-5260 | | Lease Financial Agreement | Disputed | | | $1,113,022.00 |
| Damon Cuzick 20823 W. Western Buckeye, AZ 85396 | | Loan | Disputed | | | $37,308.00 |
| Equify Financial, LLC 6500 W. Freeway, Ste. 900 Fort Worth, TX 76116 | | Lease Financial Agreement | Disputed | | | $425,422.00 |
| Equipment Leasing Services, LLC 800 Ct Ave Ste 4N Norwalk, CT 06854 | | Lease Financial Agreement | Disputed | | | $149,475.00 |

Debtor  **Titan CNG, LLC, *et al.*** _____    Case number *(if known)* _____
Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim<br>If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | **Total claim, if partially secured** | **Deduction for value of collateral or setoff** | **Unsecured claim** |
| **First Fidelity**<br>16277 N. Greenway Hayden Loop<br>Ste 100<br>Scottsdale, AZ 85260 | | **Lease Financing Agreement** | **Disputed** | | | $9,783.00 |
| **First Interstate Bank**<br>401 N. 31st St.<br>PO Box 30918<br>Billings, MT 59116 | | **Lease Financing Agreement** | **Disputed** | | | $149,475.00 |
| **INTEGRO Bank**<br>c/o Tiffany & Bosco, P.A.<br>Camelback Esplanade II, Seventh Floor<br>2525 East Camelback Road<br>Phoenix, AZ 85016 | | **Lease Financing Agreement** | **Disputed** | | | $286,000.00 |
| **Investor Bank**<br>8501 N. Scottsdale Rd. #120<br>Scottsdale, AZ 85253 | | **Lease Financing Agreement** | **Disputed** | | | $149,475.00 |
| **Libertas Funding**<br>411 W. Putnam Ave.<br>Ste 220<br>Greenwich, CT 06830 | | **Loan** | **Disputed** | | | $2,346,000.00 |
| **Met Tel Com**<br>55 Water Street, 32nd Floor<br>New York, NY 10041 | | **Lease Financial Agreement** | **Disputed** | | | $67,068.00 |
| **Mitsubishi HC Capital America**<br>800 Ct Ave Ste 4N<br>Norwalk, CT 06854 | | **Lease Financial Agreement** | **Disputed** | | | $90,697.00 |
| **Penske Truck Leasing Co., L.P.**<br>P.O. Box 802577<br>Chicago, IL 60680-2577 | | **Lease Financial Agreement** | **Disputed** | | | $1,465,748.00 |
| **Southwest Heritage Bank**<br>16435 N Scottsdale Rd, Suite 140<br>Scottsdale, AZ 85254 | | **Lease Financial Agreement** | **Disputed** | | | $256,776.00 |
| **Thomas Abood**<br>6508 E. Bar Z Ln.<br>Paradise Valley, AZ 85253 | | **Loan** | **Disputed** | | | $745,916.00 |

Debtor  **Titan CNG, LLC, *et al.***     Case number *(if known)*
Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim <br> If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Toyota Industries Commercial Finance Inc** <br> **P.O. Box 660926** <br> **Dallas, TX** <br> **75266-0926** | | **Lease Financial Agreement** | **Disputed** | | | **$67,136.00** |
| **Trinity Capital** <br> **1 N 1st St., Ste. 302** <br> **Phoenix, AZ 85004** | | **Lease Financing Agreement** | **Disputed** | | | **$178,000.00** |

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| TITAN CNG, LLC, *et al.*[1] | Case No. 25- |
| Debtors. | (Joint Administration Requested) |

**LIST OF EQUITY SECURITY HOLDERS**[2]

1. *Debtor, Titan CNG, LLC*:

| Equity Holder | Address of Equity Holder | Type of Interest | Percentage of Equity Held |
|---|---|---|---|
| EVO Transportation & Energy Services, Inc. | 20860 N. Tatum Blvd. Suite 300 Phoenix, AZ 85050 | Membership Interest | 100% |

2. *Debtor, Titan Transportation Equipment Leasing, LLC f/k/a EVO Equipment Leasing, LLC*:

| Equity Holder | Address of Equity Holder | Type of Interest | Percentage of Equity Held |
|---|---|---|---|
| EVO Transportation & Energy Services, Inc. | 20860 N. Tatum Blvd. Suite 300 Phoenix, AZ 85050 | Membership Interest | 100% |

3. *Debtor, J.B. Lease Corporation*:

| Equity Holder | Address of Equity Holder | Type of Interest | Percentage of Equity Held |
|---|---|---|---|
| Titan Transportation Equipment Leasing, LLC | 20860 N. Tatum Blvd. Suite 300 Phoenix, AZ 85050 | Shareholder | 100% |

---

[1] The Debtors and the last four digits of the Debtors' respective Federal Employer Identification Numbers are: Titan CNG, LLC (6720); Titan Transportation Equipment Leasing, LLC f/k/a EVO Equipment Leasing, LLC (5850); and J.B. Lease Corporation (2869).

[2] This list serves as the disclosure required to be made by a debtor pursuant to Rule 1007 of the Federal Rules of Bankruptcy Procedure. All equity positions listed indicate the record holder of such equity as of the date of commencement of the chapter 11 cases.

230858727 v1

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| TITAN CNG, LLC, *et al.*[1] | Case No. 25- |
| Debtors. | (Joint Administration Requested) |

**CONSOLIDATED CORPORATE OWNERSHIP STATEMENT**

Pursuant to Rules 1007(a)(1) and 7007.1 of the Federal Rules of Bankruptcy Procedure, the following reflects the ownership interests in the Debtors:

1. *Titan CNG, LLC*: EVO Transportation & Energy Services, Inc. ("**EVO Transportation**") owns 100% of the membership interests in Debtor, Titan CNG, LLC.

2. *Titan Transportation Equipment Leasing, LLC f/k/a EVO Equipment Leasing, LLC*: EVO Transportation owns 100% of the membership interests in Debtor, Titan Transportation Equipment Leasing, LLC.

3. *J.B. Lease Corporation*: Debtor, Titan Transportation Equipment Leasing, LLC owns 100% of the shares of J.B. Lease Corporation.

---

[1] The Debtors and the last four digits of the Debtors' respective Federal Employer Identification Numbers are: Titan CNG, LLC (6720); Titan Transportation Equipment Leasing, LLC f/k/a EVO Equipment Leasing, LLC (5850); and J.B. Lease Corporation (2869).

230858727 v1

**United States Bankruptcy Court**
**District of Delaware**

In re   **J.B. Lease Corporation**                                    Case No.
                                    Debtor(s)                          Chapter   **11**

# VERIFICATION OF CREDITOR MATRIX

I, the Chief Restructuring Officer of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:   **August 14, 2025**                           **/s/ Mark E. Palmer**
                                                      **Mark E. Palmer**/**Chief Restructuring Officer**
                                                      Signer/Title

ALERUS Financial
16215 N. 28th Ave.
Phoenix, AZ 85053


Antara Capital Master Fund LP
55 Hudson Yards
47th Floor, Suite C
New York, NY 10001


Bank of Oklahoma
6500 W. Freeway, Ste. 900
Fort Worth, TX 76116


Batuta Capital Advisors LLC
885 Third Ave.
New York, NY 10022


Billy (Trey) Peck Jr.
c/o Bridgewest Growth Fund LLC
7563 E. Cinnabar Ln.
Strafford, MO 65757


CFP Capital
12198 South State St, Suite 4
Draper, UT 84020


Corbin Erisa Opportunity Fund LTD.
590 Madison Avenue, 31st Fl
New York, NY 10022


Daimler Truck Financial
P.O. Box 5260
Carol Stream, IL 60197-5260


Damon & Kendra Cuzick
24432 N 45th Ln
Glendale, AZ 85310


Damon Cuzick
20823 W. Western
Buckeye, AZ 85396

Equify Financial, LLC
6500 W. Freeway, Ste. 900
Fort Worth, TX 76116


Equipment Leasing Services, LLC
800 Ct Ave Ste 4N
Norwalk, CT 06854


EVO Transportation & Energy Services, In
20860 North Tatum Blvd
Ste 300
Phoenix, AZ 85050


First Fidelity
16277 N. Greenway Hayden Loop
Ste 100
Scottsdale, AZ 85260


First Interstate Bank
401 N. 31st St.
PO Box 30918
Billings, MT 59116


Gainey Business Bank
8501 N Scottsdale Rd #120
Scottsdale, AZ 85253


Hudson Park Capital II LP
110 East 40th Street, Ste 903
New York, NY 10016


INTEGRO Bank
c/o Tiffany & Bosco, P.A.
Camelback Esplanade II, Seventh Floor
2525 East Camelback Road
Phoenix, AZ 85016


Integro Bank
Attn: Michael Monterrubio
VP/Credit Risk and Product Strategy

16215 N. 28th Ave.
Phoenix, AZ 85053


Investor Bank
8501 N. Scottsdale Rd. #120
Scottsdale, AZ 85253


J.B. Lease Corporation
6925 South 6th Street
Oak Creek, WI 53154


John Yeros & Laura Yeros
9535 E Aspen Hill Pl
Lone Tree, CO 80124-5448


Libertas Funding
411 W. Putnam Ave.
Ste 220
Greenwich, CT 06830


Met Tel Com
55 Water Street, 32nd Floor
New York, NY 10041


Mitsubishi HC Capital America
800 Ct Ave Ste 4N
Norwalk, CT 06854


Moretran Lease Services, LLC
220 US-46
Elmwood Park, NJ 07407


PENNSTRO LEASING LLC
1840 Auction Rd
Manheim, PA 17545


Penske Truck Leasing Co., L.P.
P.O. Box 802577
Chicago, IL 60680-2577

Southwest Heritage Bank
16435 N Scottsdale Rd, Suite 140
Scottsdale, AZ 85254


Thomas Abood
6508 E. Bar Z Ln.
Paradise Valley, AZ 85253


Toyota Industries Commercial Finance Inc
P.O. Box 660926
Dallas, TX 75266-0926


Trinity Capital
1 N 1st St., Ste. 302
Phoenix, AZ 85004